UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MARINA L. GAST, | Case No. 2:16-cv-02890-MMD-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| ALASKA AIRLINES, INC., | (Am. Compl. – ECF No. 7) |
| Defendant. | |

Plaintiff Marina L. Gast has submitted an Amended Complaint (ECF No. 7) in accordance with the court's Screening Order (ECF No. 5) dismissing the original complaint with leave to amend. The court has reviewed the Amended Complaint and finds that it cures the deficiencies noted in the screening order.

Based on the foregoing,

**IT IS ORDERED**:

1. The Clerk of the Court SHALL ISSUE SUMMONS for Defendant Alaska Airlines, Inc.

2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and Amended Complaint must be accomplished by **December 11, 2017**.

3. From this point forward, Ms. Gast shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion, or other document filed with the Clerk of the Court pursuant to LR IC 1-1 and 4-1 of the Local Rules of Practice. In accordance with LR IC 4-1(d), the parties shall include with each filing a certificate of service stating that a true and correct copy of the document was served on an opposing party or counsel for an opposing party and indicating how service was accomplished. The court may disregard any paper received by a district

judge or magistrate judge that has not been filed with the Clerk of the Court, and any paper received by a district judge, magistrate judge, or the Clerk of the Court that fails to include a certificate of service.

4. Ms. Gast must comply with this Order by accomplishing service by **December 11, 2017**, and her failure to complete service by that deadline may result in a recommendation to the district judge that this case be dismissed.

Dated this 11th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE