ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

CAMILO ECHAVARRIA, ESQ. (Admitted *Pro Hac Vice*)
camiloechavarria@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213.633.6800
Facsimile: 213.633.6899

*Attorneys for Defendant Alaska Airlines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA L. GAST,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | CASE NO.: 2:16-cv-02890-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Marina L. Gast ("Ms. Gast") and Defendant Alaska Airlines, Inc. ("Alaska"), by and through their attorneys of record, hereby stipulate and agree that a settlement has been reached between Ms. Gast and Alaska and the claims against Alaska are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

. . .

. . .

1

4835-7795-8495v.1 0017572-000409

| | |
|---|---|
| DATED: March 9, 2018 | DATED: March 9, 2018 |
| MARINA GAST (*pro per*) | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: *Marina Gast*<br>MARINA GAST<br>1608 Cardinal Bluff Drive #104<br>Las Vegas, NV 89128<br>Telephone: 702.375.1155 | By: *[signature]*<br>ADAM K. BULT, ESQ.,<br>Nevada Bar No. 9332<br>EMILY A. ELLIS, ESQ.,<br>Nevada Bar No. 11956<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br><br>DAVIS WRIGHT TREMAINE LLP<br>CAMILO ECHAVARRIA (Admitted *Pro Hac Vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>Telephone: 213.633.6800<br>Facsimile: 213.633.6899 |

**ORDER**

IT IS SO ORDERED:   Case dismissed.

*[signature]*

UNITED STATES DISTRICT JUDGE/
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: April 3, 2018 , 2018

Case No. 2:16-cv-02890-MMD-PAL

2

4835-7795-8495v.1 0017572-000409